# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SADIE CHERYL SAWYER,<br><br>Defendant. | CR 25-10-BU-DLC-14<br><br>ORDER QUASHING WARRANT, SETTING ARRAIGNMENT AND ISSUING SUMMONS<br><br>**FILED UNDER SEAL PURSUANT TO L.R. 49.3** |

Upon motion of the United States, and for good cause shown,

IT IS ORDERED that the arrest warrant as to Defendant Sadie Cheryl Sawyer (Doc. 49) is quashed.

FURTHER, IT IS HEREBY ORDERED that the Clerk shall prepare and issue a criminal summons for the Defendant to appear and answer to the Indictment on May 19, 2025 at 1:30 p.m. in Missoula, Montana.

DATED this 28th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge