IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–10–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SADIE CHERYL SAWYER, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 289.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Sadie Cheryl Sawyer is charged with one count of conspiracy to distribute and possess with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 846, 851 (Count I) and one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 18 U.S.C. § 2 (Count II).

(Doc. 22.) Judge DeSoto recommends that this Court accept Sawyer's guilty plea as to Count I after Sawyer appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 289) is ADOPTED in full.

IT IS FURTHER ORDERED that Sawyer's motion to change plea (Doc. 241) is GRANTED.

IT IS FURTHER ORDERED that Sadie Cheryl Sawyer is adjudged guilty as charged in Count I of the Superseding Indictment.

DATED this 18th day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court